# United States Court of Appeals
### For the Eighth Circuit

_____

## No. 20-2668

_____

United States of America

*Plaintiff - Appellee*

v.

Dangelo P. Moore

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 2, 2021
Filed: April 7, 2021
[Unpublished]

_____

Before SHEPHERD, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Dangelo Moore appeals the sentence imposed by the district court[1] after he pleaded guilty to drug offenses. His counsel has moved for leave to withdraw, and

---

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (sentences are reviewed for substantive reasonableness under deferential abuse of discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors).  The record establishes that the district court adequately considered the sentencing factors listed in 18 U.S.C. § 3553(a).  <u>See</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal.  Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____